UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
CHARLES LANGONE, as FUND MANAGER        )
of the NEW ENGLAND TEAMSTERS AND        )
TRUCKING INDUSTRY PENSION FUND          )
                                        )
       Plaintiff,                       )
                                        )   C.A. No. 04cv11501 DPW
                                        )
v.                                      )
                                        )
FLEET CONSTRUCTION CO., INC.            )
                                        )
       Defendant,                       )
_____)

**MOTION TO EXTEND TIME TO FILE MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Now comes the plaintiff and requests that the Court allow the plaintiff an additional thirty (30) days to November 15, 2004 to file a Motion for Entry of Default Judgment. When the Defendant in this matter received the Court Order, it contacted Plaintiff's attorney on October 13, 2004 and expressed an interest in paying its delinquency to the Fund.

Plaintiff request this extension in order to give the parties an opportunity to resolve this matter, and to preserve the Plaintiff's ability to file a Motion if an agreement cannot be reached.

Dated: October 13, 2004                 Respectfully submitted,

                                        Catherine M. Campbell, Esquire
                                        BBO# 549397
                                        Feinberg, Campbell & Zack, P.C.
                                        177 Milk Street
                                        Boston, MA 02109


                                         /S/ Catherine M. Campbell_____
                                        Attorney for Plaintiff,
                                        Charles Langone

<u>Certificate of Service</u>

    I, Catherine M. Campbell, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to Peter Calcagni, President, Fleet Construction Co., Inc., 50 Cedar Swamp Road, Smithfield, RI 02917.

Dated: October 13, 2004                      /S/ Catherine M. Campbell
                                                                          Catherine M. Campbell