UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
CHARLES LANGONE, as FUND MANAGER    )
of the NEW ENGLAND TEAMSTERS AND    )
TRUCKING INDUSTRY PENSION FUND      )
                                    )
         Plaintiff,                 )
                                    )      C.A. No. 04cv11501 DPW
v.                                  )
                                    )
FLEET CONSTRUCTION CO., INC.        )
                                    )
         Defendant,                 )
_____ )

REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court send Notice of Default to the Defendants in the above-captioned action. Defendants were served with the complaint and summons on July 9, 2004. As of this date, Defendants have not filed an answer or other responsive pleading to the Complaint.

Dated: November 15, 2004                Respectfully submitted,

                                         /S/ Catherine M. Campbell
                                        Catherine M. Campbell
                                        BBO #549397
                                        FEINBERG, CAMPBELL & ZACK PC
                                        177 Milk Street
                                        Boston, MA 02109
                                        (617) 338-1976

Certificate of Service

I, Catherine M. Campbell, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to Peter Calcagni, President, Fleet Construction Co., Inc., 50 Cedar Swamp Road, Smithfield, RI 02917.

                                         /s/ Catherine M. Campbell
                                        Catherine M. Campbell