UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>FLEET CONSTRUCTION CO., INC.<br><br>Defendant, | C.A. No. 04cv11501 DPW |

## JUDGMENT

A default has been entered against Fleet Construction Co., Inc. December 22, 2004, for failing to answer or otherwise defend.

Now, upon application and Declaration of Plaintiff demonstrating that Defendant owes Plaintiff the principal sum of $77,093.88 for delinquent contributions for the months of June 2005 through September 2005, the sum of $172.50 in late charges, the sum of $385.46 in interest charges, $15,453.28 in liquidated damages and $2,933.58 in attorneys' fees and costs, and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Fleet Construction Co., Inc. the sum of $96,038.70.  Plaintiff maintains its right to audit the payroll records of defendant and seek additional contributions, which may be owed pursuant to that audit.

Dated:_____       _____
                                                                Deputy Clerk