**Detail Transaction File List**
**Feinberg, Campbell and Zack, P.C.**
**Case Name: Fleet Construction, Inc.**

| Client | Date | Rate | Hours | Amount | Detail |
|---|---|---|---|---|---|
| 200.297 | 6/15/04 | $235.00 | 2.75 | $646.25 | Review of new referral; Memo to file; Letter to employer; Preparation of Complaint |
| 200.297 | 10/5/04 | $235.00 | 1.50 | $352.50 | Review Court Order; Preparation of Default memo New England Teamster & Trucking Industry Fleet Construction, Inc. |
| 200.297 | 10/13/04 | $235.00 | 0.75 | $176.25 | Telephone conference with company; Memo to file; Prepare Motion to Extend Time to Enter Default New England Teamsters & Trucking Industry Fleet Construction, Inc. |
| 200.297 | 10/19/04 | $235.00 | 0.25 | $ 58.75 | Telephone conference and email correspondence with company |
| 200.297 | 11/15/04 | $235.00 | 1.5 | $352.50 | Preparation of Request for Default; Telephone confenrence with Fund office; Review file for Motion for Default |
| 200.297 | 12/30/04 | $235.00 | 0.50 | $117.50 | Letter to employer regarding default New England Teamsters & Trucking Industry Fleet Construction, Inc. |
| 200.297 | 2/3/05 | $235.00 | 0.50 | $117.50 | Telephone conference with employer; Letter to same; Telephone conference with Fund office New England Teamsters & Trucking Industry Fleet Construction, Inc. |
| 200.297 | 5/11/05 | $235.00 | 2.50 | $587.50 | Review Fund update; Letter to company; Review audit; Email correspondence with Fund office and Fleet office; Preparation of Motion for Entry of Default Judgment New England Teamsters & Trucking Industry Fleet Construction, Inc. |
| 200.297 | 6/23/05 | $235.00 | 0.50 | $117.50 | Review status; Letter to Kettle New England Teamsters & Trucking Industry Fleet Construction, Inc. |
| 200.297 | 7/19/05 | $235.00 | 0.50 | $117.50 | Correspondence with employer New England Teamsters & Trucking Industry Fleet Construction, Inc. |
| 200.297 | 9/13/05 | $235.00 | 0.50 | $117.50 | Review Fund update; Memo to file; Letter to employer New England Teamsters & Trucking Industry Fleet Construction, Inc. |
| | | | | | |
| | | **TOTAL** | | **$2,761.25** | |

**Detail Transaction File List**
**Feinberg, Campbell and Zack, P.C.**
**Case Name: Fleet Construction, Inc.**

**Fees/Costs**

| Client | Date | Amount | Detail |
|---|---|---|---|
| 200.297 | 6/10/04 | $4.42 | Certified Mail Cost: Second Demand letter to company New England Teamsters & Trucking Industry Fleet Construction, Inc. |
| 200.297 | 6/16/04 | $4.42 | Certified Mail Cost: Demand letter to company New England Teamsters & Trucking Industry Fleet Construction, Inc. |
| 200.297 | 6/30/04 | $150.00 | Filing Fees: Clerk, US Dist Court New England Teamsters & Trucking Industry Fleet Construction, Inc. |
| 200.297 | 6/30/04 | $8.84 | Certified Mail Cost: Copy of Complaint to US Secretaries of Labor and Treasury New England Teamsters & Trucking Industry Fleet Construction, Inc. |
| 200.297 | 7/8/04 | $ 4.65 | Certified Mail Cost: Service of Complaint on company New England Teamsters & Trucking Industry Fleet Construction, Inc. |
| | | | |
| **TOTAL** | | **$ 172.33** | |