UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER<br>of the NEW ENGLAND TEAMSTERS AND<br>TRUCKING INDUSTRY PENSION FUND<br><br>                    Plaintiff,<br><br>v.<br><br>FLEET CONSTRUCTION CO., INC.<br><br>                    Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)        C.A. No. 04cv11501 DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF DAMAGES AND TAXABLE COSTS

Charles Langone, being first duly sworn, deposes and says:

1. I am employed as the Fund Manager of the New England Teamsters and Trucking Industry Pension Fund (hereinafter the "Fund") located at One Wall Street, Burlington, MA 01803.

2. Fleet Construction Co., Inc. is a contributing employer to the Fund pursuant to its collective bargaining agreements with Teamster Local Unions 251 (Fund Account No. 251-877) and 493 (Fund Account No. 493-393) and the Fund's Agreement and Declaration of Trust.

3. In accordance with ERISA § 502(g)(2), 29 U.S.C. §1132(g)(2), the Defendant owes to the Fund the following:

   a. Delinquent contributions on Fund Account No. 251-877 for the months of June 2005 to August 2005 in the amount of $60,973.93, based upon remittance reports submitted to the Fund by the Defendant, and for the month of September 2005 in the estimated amount of $16,119.95 for a total of

$77,093.88. As the company has failed to submit a remittance report for the month of September 2005 indicating the actual hours worked, the estimate is based on an average monthly contribution for six (6) months prior to the delinquency.

b.  Late charges in the amount of $172.50: $150.42 on Fund Account No. 251-877 for delinquent payment of April 2005 contributions and $22.08 on Fund Account 493-393 for delinquent payment of April 2005 contributions.

c.  Interest on the unpaid contributions in the amount of $385.46. Interest on the principal was calculated at a rate of 6%, compounded monthly, pursuant to the Fund's Agreement and Declaration of Trust.

d.  Liquidated damages in an amount equal to the greater of either the amount of interest (i.e. $385.46) or liquidated damages of twenty percent (20%) of the principal ($77,266.38). Consequently, Plaintiff is entitled to $15,453.28.

e.  Reasonable attorneys fees and costs in the amount of $2,933.58.

4.  Based on the foregoing, the Defendant owes the Fund a total of $96,038.70.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _10th_ DAY OF NOVEMBER 2005.

_Charles Langone_
Charles Langone

Then personally appeared before me Charles Langone, who under oath did swear that the above affidavit is true to the best of his knowledge and belief.

_Joanne L. Mason_
Notary Public
My commission expires:

Joanne L. Mason
Notary Public
My Commission Expires
November 20, 2009